UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTA COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNATIONAL PAPER COMPANY, et al.,<br><br>        Defendants. | Case No. 13-cv-05248-JSC<br><br>**ORDER ALLOWING AMENDMENT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Now pending before the Court are the parties' separate case management conference statements. Plaintiff Sutta Company's statement indicates that Sutta desires to add Sprouts, Inc. as a defendant. (Dkt. No. 29 at 2.) Defendants International Paper Company and The Newark Group Inc. do not oppose the request. (Dtk. No. 28 at 2; Dkt. No. 26 at 2.) Accordingly, Plaintiff is granted leave to amend to add Sprouts as a defendant and to amend the other allegations as needed. The amended complaint shall be filed within seven days of the date of this Order and Sprouts, Inc. shall be served within 21 days.

The initial case management conference is continued to June 19, 2014 at 1:30 p.m. The parties shall submit a *joint* case management conference statement one week before the conference.

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge