UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTA COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>INTERNATIONAL PAPER COMPANY, et al.,<br><br>             Defendants. | Case No.  13-cv-05248-JST<br><br>**ORDER ADVANCING INITIAL CASE MANAGEMENT CONFERENCE** |

      Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-2, an initial case management conference in this action is advanced to July 23, 2014 at 2:00 P.M. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Each party shall appear personally or by counsel having authority to enter into stipulations and make admissions pursuant to this Order.  Any request to reschedule the date of the conference shall be made in writing, and if possible, by stipulation, no later than seven days before the date of the conference and must be based upon good cause.

      Counsel shall meet and confer as required by Federal Rule of Civil Procedure 26(f) prior to the conference with respect to those subjects set forth in the Federal Rules of Civil Procedure and the standing orders of this Court.  The parties shall file a joint case management statement no later than July 9, 2014.  The statement shall address the topics contained in the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement and otherwise comply with the standing orders of this Court, which are all available at cand.uscourts.gov/jstorders.

1  One of the reasons the Court has advanced the Case Management Conference is that this
2  case would benefit from early mediation.  Therefore, in addition to the topics required by Local
3  Rule 16-9 and the Standing Order for All Judges of the Northern District of California – Contents
4  of Joint Case Management Statement, the parties are ordered to meet and confer about, and make a
5  joint proposal regarding, the formal or informal discovery that must be exchanged immediately
6  among the parties to make mediation productive.  If the parties are unable to agree, they must
7  submit competing proposals.  In the latter event, the Court will endeavor to choose, in all respects,
8  the single proposal it concludes is most reasonable.  Sage Electrochromics, Inc. v. View, Inc., 12-
9  CV-6441-JST, 2014 WL 1379282 at *3 n.3 (N.D. Cal. Apr. 8, 2014).  The Court cannot
10 overemphasize the importance of the parties meeting and conferring in good faith to determine the
11 information that each of them needs to make an informed decision whether to resolve this case
12 informally, on a business basis, or proceed with further litigation.

Dated: June 23, 2014

_____
JON S. TIGAR
United States District Judge