United States District Court
Northern District of California

1
2
3
4
5   UNITED STATES DISTRICT COURT
6   NORTHERN DISTRICT OF CALIFORNIA
7
8   SUTTA COMPANY,

Plaintiff,

Case No. 13-cv-05248-JST

v.

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

INTERNATIONAL PAPER COMPANY, et al.,

Defendants.

A case management conference will be held in this action on October 1, 2014 at 2:00 P.M. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties shall file a joint case management statement no later than ten court days before the case management conference. The statement shall address the topics contained in the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement, as well as the topics discussed at today's case management conference, and shall otherwise comply with the standing orders of this Court, which are all available at cand.uscourts.gov/jstorders.

Dated: July 23, 2014

_____
JON S. TIGAR
United States District Judge