UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTA COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNATIONAL PAPER COMPANY, et al.,<br><br>        Defendants. | Case No. 13-cv-05248-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF Nos. 77, 78 |

Plaintiff Sutta Company has filed a stipulation of dismissal dated October 28, 2014, stating that it has agreed to settle all claims between Sutta and Defendants The Newark Group, Inc., and SFM, LLC dba Sprouts Farmers Markets. ECF No. 77, 78. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Sutta and The Newark Group, Inc., and SFM, LLC dba Sprouts Farmers Markets have been dismissed with prejudice. The Clerk is directed to terminate The Newark Group, Inc., and SFM, LLC dba Sprouts Farmers Markets as parties in this case.

**IT IS SO ORDERED**.

Dated: October 28, 2014

                                                       JON S. TIGAR
                                               United States District Judge